# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY KLAIZNER, A/K/A JAROSLAV KLAIZNER,

Appellant,

vs.

FCA US LLC, F/K/A CHRYSLER GROUP, LLC; TOWBIN DODGE, LLC, D/B/A TOWBIN SUPERSTORE; AND TRAVELERS CASUALTY AND SURETY,

Respondents.

No. 69058

FILED

JUL 08 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. James Crockett, District Judge
Stephen E. Haberfeld, Settlement Judge
Donath & Medrala Prof. LLC
Nersesian & Sankiewicz
Eighth District Court Clerk

16-21274